[No. 18094.    Department One.    December 7, 1923.]

E. T. YOUNG, *Appellant*, v. SEATTLE & LAKE WASHINGTON WATERWAY
COMPANY *et al.*, *Respondents.*[1]

Appeal from a judgment of the superior court for King county,
Brinker, J., entered October 27, 1922, dismissing an action for
equitable relief, tried to the court. Affirmed.

*Ben S. Sawyer* and *R. F. Dotsch*, for appellant.
*Donworth, Todd & Higgins*, for respondents.

TOLMAN, J.—This is one of those cases in which we must either
detail a great number of charges as alleged in appellant's complaint,
set forth the substance of the testimony offered to support them, and
then draw the conclusion that the evidence wholly fails to prove
the charges made; or content ourselves by saying that the questions
involved are of fact only, and that we agree with the results reached
by the trial court upon the facts. Since there is nothing which can
be discussed that will be of general interest, and anything we might
say would be valueless as a guide or precedent in the future, we are
constrained to say only that, after reading and considering the
evidence offered, we are convinced that appellant failed to prove any
cause of action.

The judgment appealed from is therefore affirmed.

MAIN, C. J., HOLCOMB, PARKER, and MACKINTOSH, JJ., concur.

[1]Reported in 220 Pac. 1119.